UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CITY WIDE INSULATION
OF MADISON, INC.,

      Plaintiff,

    v.            Case No. 10-CV-567

MARK MURPHY &
JEAN MURPHY,

      Defendants.

---

### ORDER FOR DISMISSAL

---

  Upon the attached Stipulation, the Court hereby dismisses this case, with prejudice and without costs to any party.

          BY THE COURT:


          *Barbara B. Crabb*
          The Honorable Barbara B. Crabb


          *December 29, 2010*
          Date

REINHART\5696609JHK:JHK 12/28/10